AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

RYAN LESSEM and DOUGLAS JOHNSON

**V.**

JAYCEON TERRELL TAYLOR p/k/a THE GAME,
UMG RECORDINGS, INC., et al. [see attached]

## SUMMONS IN A CIVIL ACTION

# 07 CV 10601

CASE NUMBER:

TO: (Name and address of Defendant)

JAYCEON TERRELL TAYLOR p/k/a THE GAME, UMG RECORDINGS,
INC., et al.
[see attached]

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Oren J. Warshavsky
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

NOV 2 7 2007

J. MICHAEL McMAHON

CLERK

DATE

(By) DEPUTY CLERK

DEFENDANTS

1. JAYCEON TERRELL TAYLOR p/k/a THE GAME
2. UMG RECORDINGS, INC.
3. UNIVERSAL MUSIC GROUP, INC.
4. INTERSCOPE RECORDS, INC.
5. LASTRADA ENTERTAINMENT COMPANY LTD.
6. SONY/ATV MUSIC PUBLISHING, LLC
7. UNIVERSAL MUSIC CORPORATION
8. WARNER CHAPPELL MUSIC, INC.
9. MUSIC OF WINDSWEPT
10. BLACK WALL STREET RECORDS, LLC
11. BLACK WALL STREET PUBLISHING, LLC

| Defendant | Address |
|---|---|
| UMG Recordings, Inc. | 1755 Broadway<br>New York, NY 10019 |
| Universal Music Group | 1755 Broadway<br>New York, NY 10019 |
| Interscope Records, Inc. | 10900 Wilshire Boulevard, Suite 1230<br>Los Angeles, California 90024 |
| Lastrada Entertainment Company, Ltd. | 996 Wateredge Place<br>Hewlett Harbor, New York 11557 |
| Sony/ATV Music Publishing, LLC | 550 Madison Avenue<br>New York, NY 10022 |
| Universal Music Corporation | 2440 Sepulveda Blvd., Suite 100<br>Los Angeles, California 90064 |
| Warner Chappell Music Inc. | 10585 Santa Monica Blvd.<br>Los Angeles, California 90025 |
| Music of Windswept | 9320 Wilshire Blvd., #200<br>Beverly Hills, California 90212 |
| Black Wall Street Records, LLC | 1424 Second Street, Third Floor<br>Santa Monica, California 90401 |
| Black Wall Street Publishing, LLC | 60 East 42nd Street, Suite 1523<br>New York, NY 10165 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RAYAN LESSEM and DOUGLAS JOHNSON,

                V.

JAYCEON TERRELL TAYLOR p/k/a THE GAME,
UMG RECORDINGS, INC., et al.,
           Respondents.
----------------------------------------------------------X
STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

JUDGE STANTON
Index No. 07 CV 10601

AFFIDAVIT OF SERVICE

        NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 7th day of February 2008, at approximately 12:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon Lastrada Entertainment Company Ltd. at 996 Wateredge Place, Hewlett Harbor, NY 11557, by personally delivering and leaving the same with Larry Molis, Owner, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Larry Molis is a white male, approximately 48 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 175 pounds with brown/gray hair and brown eyes wearing glasses.

NELSON CARVAJAL #965441

Sworn to before me this
11th day of February, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20____08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Ryan Lessem and Douglas Johnson,

                                    Plaintiffs,          **AFFIDAVIT OF SERVICE**
                                                         Case No. 07CV10601
        -against-

Jayceon Terrell Taylor p/k/a The Game,
UMG Recordings, Inc., et al.,

                                    Defendants.

---

STATE OF NEW YORK
COUNTY OF ALBANY      SS:

Frank J. Panucci, being duly sworn says:  Deponent is over the age of eighteen, is not party to the action and is a resident of New York State, that:  Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Civil Complaint and Jury Demand. That the party which was served was Sony/ATV Music Publishing, LLC, by serving **THE PRENTICE-HALL CORPORATION SYSTEM, INC.,** its Registered Agent.

That on the 7th day of February 2008, at approx. 11:04 a.m., at the office of The Prentice-Hall Corporation System, Inc. at 80 State Street, 6th Floor, Albany, New York, one original of the aforesaid papers was served by personally delivering to and leaving with Maureen Cogan, Operation Specialist and known to me to be empowered to receive such service on behalf of The Prentice-Hall Corporation System, Inc.

Description of Maureen Cogan - Operation Specialist
white female, approx. 44 yrs., 5'4", 180 lbs., brown hair, glasses.

                                                    Frank J. Panucci

Sworn to before me
this 7th day of February 2008.

PAULA J. COLE
Notary Public, State of New York
Qualified in Albany County
No. 01CO9042570
Commission Expires September 30, 2010



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAYAN LESSEM and DOUGLAS JOHNSON,

                    V.

JAYCEON TERRELL TAYLOR p/k/a THE GAME,
UMG RECORDINGS, INC., et al.,
             Respondents.
------------------------------------------------------------X

JUDGE STANTON
Index No. 07 CV 10601

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

        DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 6th day of February 2008, at approximately 12:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon UMG Recordings, Inc. c/o CT Corporation System at 111 Eighth Avenue, New York, NY 10011, by personally delivering and leaving the same with Elaine Bou, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address. At the time of service, a witness fee in the sum of $18.00 was tendered.

        Elaine Bou is a white female, approximately 40 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 140 pounds with blonde hair and brown eyes.

DARRYL A. GREEN #0866535

Sworn to before me this
7th day of February, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RU6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service

Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RAYAN LESSEM and DOUGLAS JOHNSON,

             V.

JAYCEON TERRELL TAYLOR p/k/a THE GAME,
UMG RECORDINGS, INC., et al.,
          Respondents.
-------------------------------------------------------X

JUDGE STANTON
Index No. 07 CV 10601

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
               S.S.:
COUNTY OF NEW YORK)

        DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 6th day of February 2008, at approximately 12:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon Interscope Records, Inc. c/o CT Corporation System at 111 Eighth Avenue, New York, NY 10011, by personally delivering and leaving the same with Elaine Bou, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address. At the time of service, a witness fee in the sum of $18.00 was tendered.

        Elaine Bou is a white female, approximately 40 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 140 pounds with blonde hair and brown eyes.

DARRYL A. GREEN #0866535

Sworn to before me this
7th day of February, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20____

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
    RYAN LESSEM and DOUGLAS JOHNSON,                    JUDGE STANTON
                    Plaintiff(s),                       Index No. 07 CV 10601

            -against-                                   AFFIDAVIT OF SERVICE

JAYCEON TERRELL TAYLOR p/k/a THE GAME,
UMG RECORDINGS, INC., et al.,
                    Defendant(s).
-----------------------------------------------------X
STATE OF NEW YORK)
                            S.S.:
COUNTY OF NEW YORK)


        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age

of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this

action.

        That on the 6th day of February 2008, at approximately 1:15 p.m., deponent

served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT JURY**

**DEMAND** upon Black Wall Street Publishing, Inc. c/o Barnes Morris at 60 East 42nd Street,

Suite 1523, New York, NY 10165, by personally delivering and leaving the same with Marya K.

Gelvosa, Administrative Assistant, who informed deponent that she is an agent authorized by

appointment to receive service at that address.

        Marya K. Gelvosa is a white female, approximately 23 years of age, stands

approximately 5 feet 2 inches tall and weighs approximately 110 pounds with brown hair and

brown eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
8th day of February, 2008

_____
NOTARY PUBLIC

                            JONATHAN T. RIPPS
                            Notary Public, State of New York
                            NO. 01RI6109718
                            Qualified in Rockland County
                            Certificate Filed in New York County
                            Commission Expires May 17, 20___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Ryan Lessem and Douglas Johnson,

                             Plaintiffs,       **AFFIDAVIT OF SERVICE**

     -against-                         Case No. 07CV10601

Jayceon Terrell Taylor p/k/a The Game,
UMG Recordings, Inc., et al.,

                          Defendants.

---

STATE OF NEW YORK
COUNTY OF ALBANY   SS:

Frank J. Panucci, being duly sworn says:  Deponent is over the age of eighteen, is not party to the action and is a resident of New York State, that:  Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Civil Complaint and Jury Demand. That the party which was served was Sony/ATV Music Publishing, LLC, by serving **THE PRENTICE-HALL CORPORATION SYSTEM, INC.,** its Registered Agent.

That on the 7th day of February 2008, at approx. 11:04 a.m., at the office of The Prentice-Hall Corporation System, Inc. at 80 State Street, 6th Floor, Albany, New York, one original of the aforesaid papers was served by personally delivering to and leaving with Maureen Cogan, Operation Specialist and known to me to be empowered to receive such service on behalf of The Prentice-Hall Corporation System, Inc.

Description of Maureen Cogan - Operation Specialist
white female, approx. 44 yrs., 5'4", 180 lbs., brown hair, glasses.

                                           Frank J. Panucci

Sworn to before me
this 7th day of February 2008.

PAULA J. COLE
Notary Public, State of New York
Qualified in Albany County
No. 01CO9042570
Commission Expires September 30, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
RYANN LESSEM and DOUGLAS JOHNSON,
            Plaintiff(s),

    -against-

JAYCEON TERRELL TAYLOR p/k/a THE GAME,
UMG RECORDINGS, INC., et al.,
            Defendant(s).
--------------------------------------------------------X

JUDGE STANTON
Index No. 07 CV 10601

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

        DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 7th day of February 2008, at approximately 12:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COMPLAINT AND JURY DEMAND** upon Universal Music Group, Inc. c/o CT Corporation System at 111 Eighth Avenue, New York, NY 10011, by personally delivering and leaving the same with Sabrina Ambrose, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Sabrina Ambrose is a black female, approximately 30 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 135 pounds with black hair and brown eyes.

                      _____
DARRYL A. GREEN #0866535

Sworn to before me this
11th day of February, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___