

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RYAN LESSEM and DOUGLAS JOHNSON,

        Plaintiffs,                        Case No. 07 CV 10601
                                              (Judge Stanton)

        -against-                         AFFIDAVIT OF SERVICE

JAYCEON TERRELL TAYLOR p/k/a THE GAME,
UMG RECORDINGS, INC., et al.,

        Defendants.
------------------------------------------------------------X

STATE OF CALIFORNIA     )
                      S.S.:
COUNTY OF LOS ANGELES   )

_Barry Thomas_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the _7_ day of February, 2008, at approximately the time of _2:11 p.m_, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND CIVIL COMPLAINT and JURY DEMAND upon UNIVERSAL MUSIC CORPORATION c/o CT Corporation System at 818 W. 7th Street, Los Angeles, CA, by personally delivering and leaving the same with _Beatrice Casarez_ who informed deponent that _she_ holds the position of _Process Specialist_ with that company and is authorized by appointment to receive service at that address.

_Beatrice Casarez_ is a _Latin Female_, approximately _50_ years of age, stands approximately _5_ feet _8_ inches tall, weighs approximately _155_ pounds with _Black_ hair.

_[signature]_
PROCESS SERVER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on this _19_ day of February, 2008 By _Christopher P. Trindade_, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_[signature]_
NOTARY PUBLIC

CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com