

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RYAN LESSEM and DOUGLAS JOHNSON,

        Plaintiffs,

        -against-

JAYCEON TERRELL TAYLOR p/k/a THE GAME,
UMG RECORDINGS, INC., et al.,

        Defendants.
------------------------------------------------------------X

Case No. 07 CV 10601
(Judge Stanton)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
        S.S.:
COUNTY OF LOS ANGELES  )

        BARRY THOMAS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 14th day of February, 2008, at approximately the time of 3:46 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND CIVIL COMPLAINT and JURY DEMAND upon BLACK WALL STREET RECORDS, INC. at 1900 Avenue of the Stars, 25th Floor, Los Angeles, CA, by personally delivering and leaving the same with DOUG MARK who informed deponent that he is authorized by appointment to receive service at that address.

        DOUG MARK is a WHITE male, approximately 45 years of age, stands approximately 5 feet 11 inches tall, weighs approximately 175 pounds with brown hair.

_____
BARRY THOMAS

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on
this 29 day of February, 2008 By
CHRISTOPHER P TRINDADE , personally
known to me or proved to me on the basis of
satisfactory evidence to be the person(s) who
appeared before me.

_____
NOTARY PUBLIC

CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com