**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RYAN LESSEM and DOUGLAS JOHNSON,

        Plaintiffs,

        -against-

JAYCEON TERRELL TAYLOR p/k/a THE GAME,
UMG RECORDINGS, INC., et al.,

        Defendants.
-----------------------------------------------------------X

Case No. 07 CV 10601
(Judge Stanton)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
        S.S.:
COUNTY OF LOS ANGELES  )

    _Barry A. Thomas_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 8th day of February, 2008, at approximately the time of 1:22 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND CIVIL COMPLAINT and JURY DEMAND upon MUSIC OF WINDSWEPT at 7750 W. Sunset Boulevard, West Hollywood, CA, by personally delivering and leaving the same with ROBERTO RODRIGUEZ who informed deponent that he holds the position of _Clerk_ with that company and is authorized by appointment to receive service at that address.

    ROBERTO RODRIGUEZ is a _Latin_ male, approximately _30_ years of age, stands approximately _5_ feet _11_ inches tall, weighs approximately _190_ pounds with _brown_ hair.

_____
PROCESS SERVER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on
this _19_ day of February, 2008 By
_Christopher P. Trindade_, personally
known to me or proved to me on the basis of
satisfactory evidence to be the person(s) who
appeared before me.

_____
NOTARY PUBLIC

CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 200_

D.L.S., Inc.
401 Broadway
Ste 510
NY 10013
.com