ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RYAN LESSEM and DOUGLAS       :
JOHNSON                       :
                              :
            Plaintiffs        :
                              :
    v.                        :   Index No. 07-cv-10601 (LLS)
                              :
JAYCEON TERRELL TAYLOR p/k/a THE :
GAME, et al.                  :
                              :
            Defendants.       :
                              :
------------------------------------------------------X

NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)

Plaintiffs hereby dismiss from this action the following defendants only: Lastrada Entertainment Company, Ltd. and Sony/ATV Music Publishing, LLC, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Neither Lastrada Entertainment Company, Ltd. nor Sony/ATV Music Publishing, LLC have submitted an answer, motion for summary judgment, or otherwise responded to the complaint in this action.

Respectfully Submitted,

TROUTMAN SANDERS LLP

Dated:  March 24, 2008
        New York, New York

By: _____
    Oren J. Warshavsky (OW 9469)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704.6213
Facsimile: (212) 704-8356
e-mail: Oren.Warshavsky@troutmansanders.com

Attorneys for Plaintiffs

So Ordered:
Louis L. Stanton
3/27/08