

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN LESSEM and DOUGLAS JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> JAYCEON TERRELL TAYLOR p/k/a THE GAME, et al., <br><br> Defendants. | CASE NO. 07-CV-10601 (LLS) <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for plaintiffs Ryan Lessem and Douglas Johnson and counsel for defendants Windswept Holdings, LLC, d/b/a Music of Windswept (sued incorrectly as Music Of Windswept), UMG Recordings, Inc., Interscope Records, a Division of UMG Recordings, Inc. (sued incorrectly as Interscope Records, Inc.) and Universal Music Publishing Group, Inc. (sued incorrectly as Universal Music Group Inc. and Universal Music Corporation), that those defendants' time to move, answer or otherwise respond to the complaint in the above-referenced action is extended until April 30, 2008.

There have been no prior requests for an adjournment presented to the Court.

1794916.1

DATED: New York, New York
April 3, 2008

| TROUTMAN SANDERS LLP | MITCHELL SILBERBERG & KNUPP LLP |
|---|---|
| By: *(signature)* <br> Oren J. Warshavsky <br> The Chrysler Building <br> 405 Lexington Avenue <br> New York, NY 10174 <br> Telephone: 212.704.6000 <br> Facsimile: 212.704.6288 <br><br> Attorneys for Plaintiffs | By: *(signature)* Christine Lepera <br> Christine Lepera <br> 12 East 49th Street, 30th Floor <br> New York, New York 10017-1028 <br> Telephone: (212) 509-3900 <br> Facsimile: (212) 509-7239 <br><br> Attorneys for Defendants Windswept Holdings, LLC, d/b/a Music of Windswept (sued incorrectly as Music Of Windswept), UMG Recordings, Inc., Interscope Records, a Division of UMG Recordings, Inc. (sued incorrectly as Interscope Records, Inc.) and Universal Music Publishing Group, Inc. (sued incorrectly as Universal Music Group Inc. and Universal Music Corporation) |

SO ORDERED:

_____Louis L. Stanton_____
U.S.D.J.
4/15/08

2

1794916.1