UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN LESSEM and DOUGLAS JOHNSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAYCEON TERRELL TAYLOR p.k/a THE GAME, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, INC., INTERSCOPE RECORDS, INC., LASTRADA ENTERTAINMENT COMPANY, LTD., SONY/ATV MUSIC PUBLISHING, LLC, UNIVERSAL MUSIC CORPORATION, WARNER CHAPPELL MUSIC INC., MUSIC OF WINDSWEPT, BLACK WALL STREET RECORDS, LLC and BLACK WALL STREET PUBLISHING, LLC,<br><br>    Defendants. | CASE NO. 07 CV-10601<br><br>**RULE 7.1(a) DISCLOSURE STATEMENT** |

    Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for defendants UMG Recordings, Inc., Interscope Records, a division of UMG Recordings, Inc. (incorrectly sued herein as "Interscope Records, Inc."), Universal Music Publishing Group Inc. (incorrectly sued herein as "Universal Music Group, Inc." and/or "Universal Music Corporation"), and Windswept Holdings, LLC d/b/a Music of Windswept, certifies that the following are parent corporations of a party and/or publicly held corporations that own 10% or more of the stock of a company.

    1.    UMG Recordings, Inc. is wholly owned by Polygram Holding, Inc., a Delaware corporation.

    2.    Vivendi S.A., a publicly held French company, is the ultimate parent of UMG Recordings, Inc. and Universal Music Publishing Group, Inc.

1814879.2

3. Windswept Holdings, LLC is wholly owned by Bug Music, Inc., which is not a public company.

Dated: New York, New York
April 30, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Christine Lepera
Christine Lepera
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Defendants UMG Recordings, Inc., Interscope Records, a division of UMG Recordings, Universal Music Publishing Group Inc., and Windswept Holdings, LLC d/b/a Music of Windswept*

2