UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ryan Lessem and Douglas Johnson,<br><br>        Plaintiff,<br><br>-against-<br><br>Jayceon Terrell Taylor p/k/a The Game, UMG Recordings, Inc., et al.,<br><br>        Defendant. | Civil Action No.: 07 cv 10601<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION** |

       PLEASE TAKE NOTICE that Oren J. Warshavsky, Esq., counsel of record for Plaintiffs, Ryan Lessem and Douglas Johnson, in the above captioned action, has become a member of Baker & Hostetler LLP.  Please substitute Oren J. Warshavsky, Esq. of Baker & Hostetler LLP in place and stead of Oren J. Warshavsky, Esq. Troutman Sanders LLP as of the date hereof.  The undersigned hereby requests that all pleadings and other filings regarding this matter be served upon the undersigned attorneys at the office address listed below and hereby requests electronic notification of all papers filed with the Court by notice upon the following email addresses: owarshavsky@bakerlaw.com.

Dated: New York, New York
       July 16, 2008

                                                  BAKER & HOSTETLER LLP

                                                  By: _____
                                                          Oren J. Warshavsky
                                                    45 Rockefeller Plaza
                                                    New York, New York  10111
                                                    (212) 589-4200
                                                    *Incoming Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of July 2008, a true and accurate copy of the foregoing Notice of Change of Law Firm Affiliation for Oren J. Warshavsky, was filed electronically. Notice of this filing was sent to all parties by operation of the Court's Electronic Filing System.

_____
Oren J. Warshavsky